UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

BLUE SKY TOWERS III, LLC

*Plaintiff*,

- v -

APPEALS BOARD of the TOWN OF NOBLEBORO,
MAINE, the PLANNING BOARD of the TOWN OF
NOBLEBORO, MAINE and
TOWN OF NOBLEBORO, MAINE

*Defendants.*

Civil Action No.
2:26-cv-00096-JCN

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Blue Sky

Towers III, LLC; and Defendants Appeals Board of the Town of Nobelboro, Maine (the

"Appeals Board"), Planning Board of the Town of Nobleboro, Maine (the "Planning

Board"), and the Town of Nobleboro, Maine (the "Town") (collectively, the "Parties"),

by and through their undersigned attorneys of record in the above entitled action, hereby

stipulate that all claims asserted against the Appeals Board and the Planning Board are

dismissed without prejudice, with each party bearing its own attorneys' fees, costs, and

expenses. To be clear, the claims asserted against the Town are not dismissed by this

stipulation and it is intended that the action shall proceed on those claims.

Dated:   May 13, 2026

DEFENDANTS APPEALS BOARD of          PLAINTIFF BLUE SKY TOWERS III,
the TOWN OF NOBLEBORO, MAINE,         LLC
the PLANNING BOARD of the TOWN
OF NOBLEBORO, MAINE and
TOWN OF NOBLEBORO, MAINE

4919-0367-9658.1

By their attorneys,

By its attorneys,

PRETI FLAHERTY

NIXON PEABODY LLP

*/s/ Kristin M. Collins*
Kristin M. Collins (ME Bar # 9793)
P.O. Box 1058
45 Memorial Circle
Augusta, ME 04332-1058
(207) 623-5300
kcollins@preti.com

*/s/ W. Daniel Deane*
W. Daniel Deane (ME Bar # 5508)
900 Elm Street, 14th Floor
Manchester, NH 03101-2031
(603)-628-4047
ddeane@nixonpeabody.com
 and
Laurie Styka Bloom (*pro hac vice*)
40 Fountain Plaza, Suite 500
Buffalo, NY  14202
(716) 853-8102
lbloom@nixonpeabody.com

## CERTIFICATE OF SERVICE

I certify that on the 13th day of May 2026, a copy of this within document was filed and served via the CM/ECF system on all counsel of record in the above-captioned action.

/s/ W. Daniel Deane
W. Daniel Deane, Esq.

2

4919-0367-9658.1